O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD,<br><br>　　　　　　Petitioner,<br><br>　　　vs.<br><br><br>OFF. MELDNEZ, as Probation Officer,<br><br>　　　　　　Defendants. | Case No.  EDCV 16-01478-BRO (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

//

1     IT THEREFORE IS ORDERED that Judgment be entered dismissing
2 the petition with prejudice.
3
4
5     IT IS SO ORDERED.
6
  DATED:  September 22, 2016     
7                                                   HON. BEVERLY REID O'CONNELL
8                                                United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28