JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>OFF. MELDNEZ, as Probation Officer,<br><br>　　　　　Respondent. | Case No. EDCV 16-01478-BRO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 22, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge